631 A.2d 595

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

V. Joseph JAMES, Respondent.

Disciplinary Board No. 40 DB 91.

No. 954, Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

Aug. 17, 1993.

## ORDER

PER CURIAM:

AND NOW, this 17th day of August, 1993, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 30, 1993, it is hereby

ORDERED that V. JOSEPH JAMES be and he is DISBARRED from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.